[No. 7889-9-II.   Division Three.   July 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE
SCOTT KNIGHTEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00763-1, Robert L. Harris, J., entered

June 8, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.